2016-1044 (La. 9/16/16)

**Elizabeth Gailyne SUTHERLAND**

v.

**ALMA PLANTATION, L.L.C., Anco Insulations, Inc., Arrowood Indemnity Company, Eagle Inc. f/k/a Eagle Asbestos & Packing Company Co. Inc., Liberty Mutual Insurance Company, Metropolitan Life Insurance Company, Taylor-Seidenbach, Inc., and The McCarty Corporation**

**NO. 2016-C-1044**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. M, No. 2013-2388; to the Court of Appeal, Fourth Circuit, No. 2015-CA-1136

Denied.

2016-1047 (La. 9/16/16)

**Evelyn GOERS**

v.

**Lorene MAYFIELD and State Farm Fire and Casualty Insurance Company**

**NO. 2016-C-1047**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Lincoln, 3rd Judicial District Court Div. C, No. 55,791; to the Court of Appeal, Second Circuit, No. 50,-395-CA;

Denied.